Peter R. Afrasiabi, Esq. (Bar No. 193336)
email: pafrasiabi@turnergreen.com
John Tehranian, Esq. (Bar. No. 211616)
email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:  (714) 434-8750
Facsimile:  (714) 434-8756

JS-6

Attorneys for Plaintiffs
X17, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC., a California corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>JOSSIP INITIATIVES, an unknown New York entity; DAVID HAUSLAIB, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 07-5433 ODW(VBKx)<br><br>**[PROPOSED]** ORDER RE STIPULATION RE DISMISSAL WITHOUT PREJUDICE<br><br>Fed. R. Civ. P. 41(a) |

The Court, having considered the Stipulation Re Dismissal Without Prejudice, hereby orders as follows:

This case is dismissed without prejudice.

Dated:  January 31, 2008

_____

The Honorable Otis D. Wright II

12674.1

1

**[PROPOSED] ORDER**